UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80179-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RON WILLIAMS,
    Defendant.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to defendant Ron William's motion to strike language from the superseding indictment, [DE 77], filed on September 19, 2008, and the Government's response thereto, filed September 28, 2008, [DE 80]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to strike language from the superseding indictment, [DE 77] is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 8th day of November, 2008.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Rolando Garcia
Richard B. Marx, Esq.

Daniel T. K. Hurley
United States District Judge